# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHNNIE RIVERA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 14-4843 |
| | : | |
| **JOHN WETZEL, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA and DISTRICT ATTORNEY'S OFFICE OF PHILA. COUNTY** | : | |

## ORDER

**AND NOW**, this 15th day of September, 2015, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Response to the Petition for Writ of Habeas Corpus (Document No. 10), Petitioner's Reply to Respondent's Response (Document No. 16), the Report and Recommendation filed by United States Magistrate Judge Richard A. Lloret (Document 17), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Lloret is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED**; and,

3. There is no probable cause to issue a certificate of appealability.

　　　　　　　　　　　　　　　　　　　　/s/Timothy J. Savage
　　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE,  J.